| | |
|---|---|
| DEFENDANT: | IAN GREGORY BELL |
| AGE/YOB: | 35/1989 |
| COMPLAINT FILED? | _____ Yes   ___X___ No |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | ____ Yes   __x__ No |
| OFFENSE(S): | Counts 1-8: 18 U.S.C. § 1343 (Wire Fraud) |
| | Counts 9-13: 18 U.S.C. § 1341 (Mail Fraud) |
| | Counts 14-18: 18 U.S.C. § 1957(a) (Money Laundering (Spending)) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Counts 1-13: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture. |
| | Counts 14-18: Imprisonment of NMT 10 years, a fine of NMT $250,000 or alternatively NMT twice the amount of criminally derived property involved in the transaction, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture. |
| AGENT: | Special Agent Christopher Schneider, IRS<br>Postal Inspector Melissa Atkin, USPIS |
| AUTHORIZED BY: | Rebecca S. Weber, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_____ five days or less;  __X__ over five days

THE GOVERNMENT:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

\_\_\_X\_\_\_ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.